JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>NITORI USA, INC. d/b/a Aki-Home, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 5:21-CV-01425-JGB-SPx<br><br>CLASS ACTION<br><br>Hon. Judge Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P.**<br>**RULE 41(A)**<br><br>Complaint Filed: August 20, 2021<br>Trial Date:　　December 5, 2023 |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1    IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Portia Mason and Defendant Nitori USA, Inc. d/b/a Aki-Home's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: May 9, 2022

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

---

1
**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**